JS - 6

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID RILEY AND ASSOCIATES<br><br>　　　　　Plaintiff(s),<br><br>　　v.<br><br>ROSS GEERDES d/b/a/ RE/DESIGN<br><br>　　　　　Defendant(s).<br>_____ | CASE NO. SA CV09-0272-DOC(ANx)<br><br>**ORDER ON STIPULATION OF DISMISSAL OF ALL CLAIMS WITH PREJUDICE** |

　　　Based on the foregoing Stipulation of Dismissal of all Claims with Prejudice, which was electronically filed on October 8, 2009, and the records on file with this Court

　　　IT IS HEREBY ORDERED THAT the Stipulation of Dismissal of all Claims be entered with Prejudice.

**IT IS SO ORDERED.**

DATED: November 25, 2009　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　DAVID O. CARTER
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge